IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEL TACO, INC., d/b/a DEL TACO #140; YUTAKA MIURA; MARY MIURA; and DOES 1 through 10, AND FAIR; STATE OF CALIFORNIA;<br><br>　　　　　Defendants. | 2:06-cv-1635-GEB-GGH<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND MOTION TO STRIKE AND FILING OF A NOTICE OF RELATED CASES DOCUMENT</u> |

On August 16, 2006, Defendants filed a Notice of Related Cases ("Notice") in which they assert the instant action is related to case number 2:04-cv-1337-DFL-CMK. In reviewing Defendants' Notice, it was discovered that Defendants failed to comply with the requirement of Local Rule 83-123 that "counsel who has reason to believe that an action on file . . . is related to another action on file (whether or not dismissed or otherwise terminated) [must] promptly file **in each action** and serve on all parties **in each action** a Notice of Related Cases" document. L.R. 83-123(b) (emphasis added). Defendants failed to file a "Notice of Related Cases" document in the action Defendants contend is related to the instant case.

1

This failure to comply with the local rule causes a needless delay of pending matters in this action. Defendants are required to comply with Local Rule 83-123(b) no later than noon on September 20, 2006, or to show cause by that time and date why they should not be sanctioned for failure to comply with Local Rule 83-123(b) as stated.[1]

In order to allow for determination of whether the actions are related, the hearing on Defendants' motion to strike and the Status (Pretrial Scheduling) Conference are rescheduled to commence at 10:00 a.m. on November 20, 2006. The parties shall file a joint supplemental status report by November 6, 2006.[2] Each party that brings in an additional party or parties is ordered to serve a copy of this order on the new party.

IT IS SO ORDERED.

Dated:  September 12, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] If Defendants elect to show cause in a writing as to why sanctions should not be imposed for their failure to comply with Local Rule 83-123(b), they must state in the filed writing whether they desire a hearing on the order to show cause.

[2] The failure of one or more of the parties to participate in the preparation of the joint supplemental status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.