IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEL TACO, INC. dba DEL TACO #140; YUTAKA MIURA and MARY MIURA; and DOES 1 through 10,<br><br>　　　　Defendant.<br>_____/ | No. Civ. S-04-1337 DFL CMK<br><br>　　　O R D E R |
| JAMES SANFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEL TACO, INC. dba DEL TACO #140; YUTAKA MIURA and MARY MIURA; and DOES 1 through 10,<br><br>　　　　Defendant.<br>_____/ | No. Civ. S-06-1635 GEB GGH |

1

PDF created with pdfFactory trial version www.pdffactory.com

1    Examination of the above-entitled actions reveals that they
2 are not related within the meaning of Local Rule 83-123(a) (E.D.
3 Cal. 1997).  Although the two cases involve the same parties,
4 counsel and premises, the issues they present are entirely
5 distinct.  Therefore, the court finds that the two cases are NOT
6 RELATED.

8    IT IS SO ORDERED.
9 Dated:  September 22, 2006

                                    /s/ David F. Levi_____
                                    DAVID F. LEVI
                                    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com