1 | SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
2 | **DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
3 | CHICO, CA. 95926
Telephone:  (530) 895-3252
4 | Facsimile:   (530) 894-8244

5 | Attorneys for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT

10

11 | JAMES SANFORD,                                No. CIV.S-06-01635-GEB-GGH

12 |          Plaintiff,                          **REQUEST FOR DISMISSAL**

13 |          vs.                                 **AND PROPOSED ORDER THEREON**

14 | DEL TACO, INC. dba DEL TACO #140;
15 | YUTAKA MIURA;  MARY MIURA
              Defendants.
16

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28

*Sanford v. Del Taco., et al*   Case No. CIV.S.-06-01635-GEB-GGH                    Request for

Dismissal

1

2  TO THE COURT AND ALL PARTIES:

3        Plaintiff, JAMES SANFORD, hereby requests the Court dismiss the above

4  entitled action without prejudice, as to all Defendants.

5

6

7  Dated:  September 27, 2006        DISABLED ADVOCACY GROUP, APLC

8

9                                          /s/ Scottlynn J Hubbard, IV, Esquire
                                           SCOTTLYNN J HUBBARD, IV
10                                         Attorney for Plaintiff

11

12

13                                    **ORDER**

14        IT IS HEREBY ORDERED that the Complaint of Plaintiff, Case Number

15  CIV.S-06-01635-GEB-GGH is hereby dismissed without prejudice.

16

17  DATED:  September 27, 2006
                                       /s/ Garland E. Burrell, Jr.
18
                                       **GARLAND E. BURRELL, JR.**
19
20                                     **United States District Judge**

21

22

23

24

25

26

27

28

*Sanford v. Del Taco., et al*   Case No. CIV.S.-06-01635-GEB-GGH              Request for

Dismissal

PDF created with pdfFactory trial version www.pdffactory.com